IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RUTH ANN ALBERTS,

                                                           ORDER

                   Plaintiff,

                                         14-cv-311-bbc

      v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Dana Duncan, counsel for plaintiff Ruth Ann Alberts, has moved for authorization of an award of attorney fees for his work representing plaintiff in this social security proceeding.  Counsel is seeking $7,237.21  under the Equal Access to Justice Act, 28 U.S.C. 2412, in full satisfaction of any claim for fees and costs in this case.  The Commissioner does not oppose counsel's request.

       After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that $7,237.21 be paid to counsel under the EAJA assignment signed by plaintiff and her counsel.

ORDER


IT IS ORDERED that plaintiff Ruth Ann Albert's motion for attorney fees  and costs

in the amount of 7,237.21, dkt. 23, is GRANTED.

Entered this 2d day of June, 2015.

BY THE COURT:
/s/


_____

BARBARA B. CRABB
District Judge

2