IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUTH ANN ALBERTS,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-311-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees and costs in the amount of $7,237.21 under the Equal Access to Justice Act.

s/V. Olmo, Deputy Clerk          6/2/2015

Peter Oppeneer, Clerk of Court          Date