## United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Madison, Wisconsin 53703

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

October 19, 2015

Curtiss Lein
15692 Highway 63 North
P.O. Box 761
Hayward, WI 54843

Re: Alberts v. Colvin; 14-cv-311-bbc

Dear Mr. Lein:

This will acknowledge receipt of your letter dated October 6, 2015, which was forwarded to me on October 16, 2015 from the U.S. Bankruptcy Court. In your letter you request copies of the briefs in the above case. Because you have not made a formal appearance in this case and because the briefs you request are filed under seal, I would suggest that you contact Ms. Alberts's lawyer, Dana Duncan, to request copies of the documents.

Very truly yours,

Barbara B. Crabb
District Judge

BBC:skv