IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RUTH ANN ALBERTS,

                                        ORDER

                  Plaintiff,

                                      14-cv-311-bbc

    v.

CAROLYN W. COLVIN,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Ruth Ann Alberts's counsel, Dana Duncan, has moved for authorization of attorney fees for the representation of plaintiff he provided in this court. The motion is unopposed and will be granted.

      According to counsel, plaintiff has been awarded $74,317.00 for social security disability back pay by defendant Carolyn W. Colvin, Acting Commissioner of Social Security. According to plaintiff's fee agreement with counsel, counsel is entitled to 25% of that award or $18,579.25. Counsel has previously been paid $7327.21; he is due $11,252.04. The balance of the award, $7327.21, is to be paid to plaintiff. Defendant does not oppose the payments or the amounts.

ORDER

      IT IS ORDERED that defendant Carolyn W. Colvin is directed to distribute

1

$11,252.04 to plaintiff's counsel, Dana Duncan, for attorney fees and $7,327.21to plaintiff Ruth Ann Alberts for social security disability back pay.

Entered this 15th day of March, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge