IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RUTH ANN ALBERTS,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-311-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered directing defendant Carolyn W. Colvin to distribute $11,252.04 to plaintiff counsel, Dana Duncan, for attorney fees and $7,327.21 to plaintiff Ruth Ann Alberts for social security disability back pay.

    s/ V. Olmo, Deputy Clerk                                         3/16/2016

Peter Oppeneer, Clerk of Court                                 Date